# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
SUCCESSION OF LAURIE WOLFE
MARGIOTTA

NO.  2023 CW 0805

**SEPTEMBER 25, 2023**

---

In Re:   Anthony J. Margiotta, III, applying for supervisory
writs, 21st Judicial District Court, Parish of
Tangipahoa, No. 202030493.

---

**BEFORE:  GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

a.s⌀

---
DEPUTY CLERK OF COURT
FOR THE COURT